```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA          :    ORDER

        - v -                     :    19 Cr. 793 (JMF)

KENNETH GARCIA,
                Defendant.        :

---------------------------------x
```

Upon the joint application of the parties in the above-captioned case and for the reasons stated in the parties' letter dated June 10, 2020, it is hereby

**ORDERED** that the status conference scheduled for June 24, 2020, is vacated, and it is

**ORDERED** that a pre-sentence investigation report be prepared with respect to defendant Kenneth Garcia in anticipation of his guilty plea to a violation of 18 U.S.C. 2252A(a)(5). It is further

**ORDERED** that on or before August 1, 2020, the parties shall submit a letter to the Court proposing several dates for Mr. Garcia's change-of-plea hearing and sentencing proceeding, which, upon the parties' consent, will occur on the same day, and it is

**ORDERED** that the time between June 24, and August 1, 2020, be excluded from the time limits set forth in the Speedy Trial Act in the interest of justice, which includes the parties' need for additional time to finalize their negotiated written plea agreement.

Dated:  New York, New York
        June 10, 2020

The Clerk of Court is directed to terminate Doc. #18. SO ORDERED.

_____
HONORABLE JESSE M. FURMAN
United States District Judge
Southern District of New York