UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
::
UNITED STATES OF AMERICA :
:
-v- : 19-CR-793 (JMF)
:
KENNETH GARCIA, : ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      After discussions with the Probation Department, the Court concludes that a conference should be held to discuss the timing and handling of next steps in this case.  Assuming the Defendant consents, the Court is prepared to hold the conference remotely using Skype for Business. Counsel shall confer and, no later than **Monday, July 20, 2020**, submit a joint letter (1) indicating whether the Defendant consents to proceeding remotely; (2) identifying dates and times during the week of July 27, 2020, that all parties would be available for a conference; (3) indicating whether counsel and the Defendant could participate using Skype for Business; and (4) if not, proposing alternative platforms.

      SO ORDERED.

Dated: July 16, 2020
      New York, New York

                                             JESSE M. FURMAN
                                           United States District Judge