UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                               :
:
      -v-                                                   :          19-CR-793 (JMF)
:
KENNETH GARCIA,                                        :      SCHEDULING ORDER
:
                Defendant.             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As discussed during the telephone conference held on the record earlier today, the parties

shall appear for a combined change-of-plea and sentencing proceeding in this matter on **October**

**14, 2020,** at **2:15 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre

Street, New York, New York 10007.  No later than **August 31, 2020**, the Defendant shall file a

written consent to disclose the Presentence Investigation Report to the Government and the

Court in accordance with Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

        The parties should consult the Court's Individual Rules and Practices for Criminal Cases

(available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures

and practices.  Consistent with the Court's Rules, the defendant's sentencing submission shall be

served two weeks in advance of the date set for sentencing.  The Government's sentencing

submission shall be served one week in advance of the date set for sentencing.  If a party does not

intend to file a substantive sentencing submission, the party should file a letter to that effect.

        SO ORDERED.

Dated: July 28, 2020
      New York, New York                  _____
                                          JESSE M. FURMAN
                                  United States District Judge