**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2020

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. The plea and sentence is hereby ADJOURNED to November 19, 2020, at 2:15 p.m. The Clerk of Court is directed to terminate Doc. #31. SO ORDERED.
>
> [signature]
>
> October 1, 2020

**RE:   United States v. Kenneth Garcia
       19 Cr. 793 (JMF)**

Dear Judge Furman:

    I write on behalf of the parties in response to the Court's Order dated September 29, 2020 regarding the upcoming change-of-plea and sentencing hearing in the above-captioned case, scheduled for October 14, 2020. Dkt. No. 30. To provide the parties adequate time to incorporate the final pre-sentence investigation report into their respective sentencing letters, and in light of the Covid-19 pandemic's interference with in-person proceedings, the parties respectfully submit that the Court should adjourn the hearing to the week of November 16, 2020 (except from 11:30 AM to 1:00 PM on November 16). The defense consents to the exclusion of this additional period of delay from the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

/s/
Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Counsel for Kenneth Garcia

Cc (via ECF): AUSA Michael Herman