# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

January 5, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: **United States v. Kenneth Garcia**
**19 Cr. 793 (JMF)**

Application GRANTED. The proceeding is hereby ADJOURNED to March 25, 2021, at 10:30 a.m. Time is excluded under the Speedy Trial Act in the interests of justice from today until March 25, 2021, for the reasons set forth in Counsel's letter. The Clerk of Court is directed to terminate Doc. #40. SO ORDERED.

January 6, 2021

Dear Judge Furman:

I write on behalf of the parties in response to the Court's Order dated January 4, 2021 regarding the upcoming change-of-plea and sentencing hearing in the above-captioned case, scheduled for January 21, 2021.   Dkt. No. 38.   To provide the parties adequate time to finalize sentencing-related matters, including an agreement regarding restitution, and given Covid-19's persistent interference with the ability to safely conduct in-person proceedings, the parties jointly and respectfully request a 60-day adjournment.   The defense consents to the exclusion of this additional period of delay from the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Counsel for Kenneth Garcia

Cc (via ECF): AUSA Michael Herman