# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 9, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Kenneth Garcia**
           **19 Cr. 793 (JMF)**

> Application GRANTED. The combined change-of-plea and sentencing is hereby adjourned to June 2, 2021, at 2:30 p.m. Time is excluded in the interests of justice from today, until June 2, 2021, for the reasons set forth in defense counsel's letter. The Clerk of Court is directed to terminate Doc. #43. SO ORDERED.
>
> March 9, 2021

Dear Judge Furman:

I write on behalf of the parties in response to the Court's Order dated March 8, 2021 regarding the upcoming change-of-plea and sentencing hearing in the above-captioned case, currently scheduled for March 25, 2021. Dkt. No. 42. The parties are in agreement that the matter should be adjourned and respectfully request an adjournment of 60 days. The defense consents to the exclusion of this additional period of delay from the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A), as the delay will enable the parties to finish preparing for sentencing and is justified by COVID-19's persistent interference with in-person proceedings.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Counsel for Kenneth Garcia

Cc (via ECF): AUSA Michael Herman